#4    *154*

AO 240  (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

AUG 1 9 2016

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CLARENCE L. THOMPKINS )
_Plaintiff_ )
)
v. )    Civil Action No. **16-1261**
PNC BANK )
_Defendant_ )
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:
PITTSBURGH PIRATES (PART-TIME SEASONAL)
FEDERAL STREET
PGH, PA 15212
My take-home pay or wages are: $ 720.00    per _(specify pay period)_ MONTH

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☑ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources  SOCIAL SECURITY, UNEMPLOYMENT | ☑ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

AO 240  (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:      $ *O*

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

*NONE*

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

RENT 850.00        FOOD 500.00
AUTO 500.00
GAS   75.00
LIGHT  44.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

DEANDRE LONG    7 YEARS OLD
CIANNA LONG     4 YEARS OLD

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

IRS  20,000.00    PAY 230.00 MONTHLY

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 8/19/16

Applicant's signature

CLARENCE L. THOMPKINS
Printed name